ANGUS MACKINTOSH *versus* PETER GODFROY AND JAMES J. GODFROY. 

JOURNAL ENTRIES (1825–26): *Journal 4:* (1) Rule for bail or procedendo *p. 47; (2) motion for default judgment *p. 95; (3) default judgment *p. 99.
PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) recognizance and justification of bail; (4) declaration; (5) money bond.

*1824–36 Calendar*, MS p. 67. Recorded in *Book C*, MS pp. 72–4.